**BIBIYAN LAW GROUP, P.C.**
Molly DeSario (SBN 230763)
*mdesario@tomorrowlaw.com*
Melissa Petrofsky (SBN 251806)
*mpetrofsky@tomorrowlaw.com*
Henry Glitz (SBN 349815)
*henry@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
Adrian R. Bacon (SBN 280332)
*abacon@toddflaw.com*
23586 Calabasas Rd., Suite 105
Calabasas, California 91302
Tel: (323) 306-4234

Attorneys for Plaintiff, DAVID BOSON

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BOSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHIPT, INC., a Delaware corporation; ROB HOWARD, an individual; and DOES 1 through 100, inclusive,<br><br>Respondents. | CASE NO.: 3:24-CV-02367-MMC<br><br>[*Assigned to the Hon. Maxine M. Chesney*]<br><br>**DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON**<br><br>[*filed concurrently with Notice of Motion and Motion, [Proposed] Order, and Certificate of Service*]<br><br>Date:   June 19, 2026<br>Time:  9:00 a.m. |

DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON

## DECLARATION OF ADRIAN BACON

I, Adrian Bacon, declare, as follows:

1. I am an attorney at law, duly licensed to practice before all the Courts of the State of California. I am an attorney at Law Offices of Todd M. Friedman, P.C. ("LOTMFR"), attorney of record for Plaintiff David Boson ("Plaintiff"). As such, I am familiar with the file in this matter and if called as a witness I could and would competently testify to the following facts of my own personal knowledge, except for those matters that I declare under information and belief, and, as to those matters, I am informed and believe them to be true.

2. I make this declaration in support of the Motion to Withdraw as Counsel for Plaintiff David Boson.

3. Bibiyan Law Group and Law Offices of Todd M. Friedman, P.C. began representing Plaintiff in September 2023 and filed a class action complaint in San Francisco Superior Court on February 29, 2024. The case was removed to the United States District Court, Northern District of California on April 19, 2024. The matter was compelled to arbitration on June 28, 2024, and stayed pending the arbitrator's decision on arbitrability. On July 1, 2024, the Court conditionally closed this action for statistical purposes.

4. Throughout this matter, my office has been working closely in conjunction with our co-counsel, Bibiyan Law Group, P.C. ("BLG"). BLG has been the primary point of contact with Plaintiff for our two firms throughout this litigation.

5. I have not had any contact with Plaintiff David Boson since prior to January of 2026.

6. Should the Court impose a conditional requirement to continue to accept service for forwarding purposes to Plaintiff through the time he appears *pro se*, or via new counsel, my office will comply and will notify Plaintiff of the requirement.

I declare under penalty of perjury under the laws of the State of California that

DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON

the foregoing is true and correct.

Executed on June 25, 2026, at Calabasas, California.

s/Adrian R. Bacon
Adrian R. Bacon

DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business Address is 23586 Calabasas Rd., Suite 105, Calabasas, CA 91302.

On June 25, 2026, I served the following document(s) described as: **DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON**, on all interested parties in this action by placing:

[X]    a true copy
[ ]    the original thereof enclosed in sealed envelope(s) addressed as follows:

David Boson
davidboson@hotmail.com


AND TO

SEYFARTH SHAW LLP
Camille A. Olson
colson@seyfarth.com
Richard B. Lapp
rlapp@seyfarth.com
Christopher A. Crosman
ccrosman@seyfarth.com
cbertoldi@seyfarth.com


**[X] BY ELECTRONIC MAIL (E-MAIL)** I caused the said document to be transmitted by electronic mail to the e-mail address(es) indicated on the service list.

[X]    **STATE** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 25, 2026, at Calabasas, California.

By: _____
Erika Campany

DECLARATION OF ADRIAN BACON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON