# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
## Northern District of California

### CIVIL MINUTES

**Date:** June 26, 2026          **Time:** 9:11 - 9:27          **Judge:** MAXINE M. CHESNEY

**Case No.:** 24-cv-02367-MMC     **Case Name:**  David Boson v. Shipt,Inc., et al

**Attorney for Plaintiff:** Henry Glitz
**Attorney for Defendant:** James Sobolov

**Deputy Clerk:** Tracy Geiger                          **Court Reporter:** Stephen Franklin

### PROCEEDINGS

Motion to Withdraw as Counsel for Plaintiff (Dkt. No. 28) - hearing held via Zoom.

For the reasons stated on the record the Motion to Withdraw as Counsel for Plaintiff is granted.

Plaintiff counsel provided the following contact information for plaintiff:

David Boson, 665 Alvin Street, San Diego, CA  92114-1817; 619-507-5213;
davidboson@hotmail.com.

Deadline for defense to file motion to confirm arbitration award: July 31, 2026.