**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (SBN 287811)
*david@tomorrowlaw.com*
Henry Glitz (SBN 349815)
*henry@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, DAVID BOSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BOSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SHIPT, INC., a Delaware corporation; ROB HOWARD, an individual; and DOES 1 through 100, inclusive,<br><br>Respondents. | CASE NO.: 3:24-CV-02367-MMC<br><br>[*Assigned to the Hon. Maxine M. Chesney*]<br><br>**CERTIFICATE OF SERVICE RE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, DAVID BOSON** |

CERTIFICATE OF SERVICE RE ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF, DAVID BOSON

**<u>CERTIFICATE OF SERVICE</u>**
**DAVID BOSON v. SHIPT, INC., et al.,**
**Northern District of California, Case No. 3:24-CV-02367-MMC**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1460 Westwood Blvd. Los Angeles, California, 90024.

I certify that on June 29, 2026, I electronically served the document(s) described as follows to be served as described below to the parties listed below.

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON**

David Boson
665 Alvin St
San Diego, CA 92114-1817
Tel.: (619) 507-5213
davidboson@hotmail.com

PLAINTIFF

☒ **<u>BY E-MAIL OR ELECTRONIC TRANSMISSION:</u>**
Based on a Court order or on an agreement by the parties to accept service by e-mail or electronic transmission, I caused the document(s) described above to be sent to the persons at the e-mail address listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **<u>BY FIRST CLASS MAIL:</u>**
I caused a true and correct copy of the document described above to be placed in a United States Postal Service Collection Box or collected and deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. The above referenced envelope or package was placed in the mail at Los Angeles, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 29, 2026, at Los Angeles, California.

*/s/ Henry G. Glitz*
Henry G. Glitz

2
CERTIFICATE OF SERVICE RE ORDER GRANTING MOTION TO WITHDRAW AS
COUNSEL FOR PLAINTIFF, DAVID BOSON