OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

SAN FRANCISCO CA 940

RECEIVED

26 JUN 2026 PM 4

JUL 01 2026

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

quadient
FIRST-CLASS MAIL
IMI
$000.74
06/26/2026 ZIP 94102
043M31256120

US POSTAGE

FORWARD TIME EXP RTN TO SEND
BOSON-HARRIS
656 ALVIN ST
SAN DIEGO CA 92114-1816
957 N7E 1 425I0106/29/26

RETURN TO SENDER

David Boson
665 Alvin Street
San Diego, CA  92114-1817

24-cv-02367-MMC

**BIBIYAN LAW GROUP, P.C.**
Molly DeSario (SBN 230763)
*mdesario@tomorrowlaw.com*
Melissa Petrofsky (SBN 251806)
*mpetrofsky@tomorrowlaw.com*
Henry Glitz (SBN 349815)
*henry@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
Todd M. Friedman (SBN 216752)
*tfriedman@toddflaw.com*
Adrian R. Bacon (SBN 280332)
*abacon@toddflaw.com*
23586 Calabasas Rd., Suite 105
Calabasas, California 91302
Tel: (323) 306-4234

Attorneys for Plaintiff, DAVID BOSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BOSON, an individual, | CASE NO.: 3:24-CV-02367-MMC |
| Plaintiff, | [*Assigned to the Hon. Maxine M. Chesney*] |
| v. | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON |
| SHIPT, INC., a Delaware corporation; ROB HOWARD, an individual; and DOES 1 through 100, inclusive, | [*filed concurrently with Notice of Motion and Motion; Declaration of Molly DeSario; [Proposed] Order, and Proof of Service*] |
| Respondents. | Date:  June 26, 2026 |
| | Time:  9:00 a.m. |

1

~~DECLARATION OF MOLLY DESARIO IN SUPPORT OF~~ MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF DAVID BOSON

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR

## PLAINTIFF DAVID BOSON

Having taken under submission and considered the papers, the Court grants the Motion To Withdraw as Counsel for Plaintiff David Boson filed by Molly DeSario of Bibiyan Law Group, P.C. on behalf of herself, Bibiyan Law Group, P.C., and their co-counsel of record in this action, Law Offices of Todd M. Friedman, P.C., and for good cause appearing therefore, hereby orders as follows:

1.      The Motion to Withdraw as Counsel of Record is GRANTED.

2.      Molly DeSario, David Bibiyan, Henry Glitz and Bibiyan Law Group, P.C. are withdrawn as counsel of record for Plaintiff David Boson.

3.      Adrian Bacon, Todd Friedman, and Law Offices of Todd M. Friedman, P.C. are withdrawn as counsel of record for Plaintiff David Boson.

4.      The Clerk of the Court is directed to update the Court's records accordingly.

5.      Plaintiff David Boson is advised that as a party to this action, he is personally responsible for complying with all orders of this Court and time limitations established by the applicable rules. Plaintiff must keep the Court and opposing counsel informed of his current address, or the Court may dismiss the action pursuant to Local Rules 3-11(b)(2).

6.      The Court orders Plaintiff's Counsel to provide a copy of this Order to Plaintiff and file an attestation to that effect no later than July 10, 2026.

7.      If any motions are filed by the defendant, plaintiff, unless new counsel has appeared on his behalf, is personally responsible for responding to those motions.

IT IS SO ORDERED

DATE:  June 26, 2026

_Maxine M. Chesney_
The Hon. Maxine M. Chesney
United States District Court Judge

2

DECLARATION OF MOLLY DESARIO IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR
PLAINTIFF DAVID BOSON